ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY - 6 2010

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:09-CR-289-K (03) |
| | ) | |
| ANTONIO JAIMES-HERRERA | ) | |

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

ANTONIO JAIMES-HERRERA, by consent, under authority of <u>United States v. Dees</u>, 125

F.3d 261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered

a plea of guilty to the **One Count Superseding  Information** filed on April 30, 2010.   After

cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule

11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s)

charged is supported by an independent basis in fact containing each of the essential elements of

such offense.  I therefore recommend that the plea of guilty and plea agreement be accepted and that

Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   May 6, 2010.

IRMA C. RAMIREZ
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).